UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEBRA HERNANDEZ,

    Plaintiff,

v.                                          Case No:  2:13-cv-845-FtM-DNF

AARON'S SALES AND LEASE OWNERSHIP, INC.,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Defendant's Objection to Case Reassignment to US Magistrate Judge (Doc. #28) filed on June 11, 2014. On April 22, 2014, Plaintiff's Counsel filed a Consent to trial by U.S. Magistrate Judge (Doc. 25). As such, the Court entered an Order approving the consent and the case was reassigned to the US Magistrate Judge. (Doc. 26, Doc. 27). However, it appears Counsel unilaterally filed the Consent form without the approval of the Defendant. Defendant has now filed an Objection to the case reassignment. (Doc. 28). Since both parties do not consent to the jurisdiction of the US Magistrate Judge, the approval Order shall be vacated as outlined below.

Accordingly, it is now

**ORDERED:**

1) Defendant's Objection to Case Reassignment to US Magistrate Judge (Doc. #28) is **GRANTED**.

2) The Order Approving Consent to Jurisdiction (Doc. 26, and Doc. 27) is hereby **VACATED**.

3) The Consent to Trial by a U.S. Magistrate Judge filed by Plaintiff's Counsel is hereby **STRIKEN**.

4) The parties remain subject to the deadlines outlined in the FLSA scheduling order. (Doc. 23).

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record